IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
101 W. Lombard St., Baltimore, Maryland 21201

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| v. | * | **Case No.: 19-0506-3   RDB** |
| | * | |
| **ANTOINE RICH** | * | |
| | * | |
| | ..oOo.. | |

## Affidavit of
## Client's Consent to Video Appearance at Sentencing Hearing

I, Robert Henry Waldman, am counsel to Antoine Rich in this case. I have represented him from the very first day he appeared in court in November, 2019. I met with him several times in DC Jail before the COVID viral plague began and have spoken with him by phone many times since. I am in close contact with his mother, Shalicia Jenkins.

He without hesitation consented in writing to video appearance for his rearraignment. I acknowledge I should have obtained a blanket consent good for all appearances. Nevertheless, he and I have spoken about the procedures which are followed at all sentencings and those particular to video appearances. He has never expressed hesitancy over video appearance nor a desire to appear in person. I am comfortable he consents to video appearance at the sentencing scheduled for January 21, 2021 at 11 am.

I affirm under the penalties of perjury the above is true and correct.

Date: 11 January 2021    Robert H. Waldman