Antoine Rich  # 370754     12/3/20

Dear Honorable judge…

I'm here writing this letter to tell you about me.

My name is Antoine Rich, Jr. Im a very smart an outgoing person. Im here to tell you that I made a lot of mistakes but I have changed a lot, honestly. I came from a good home and raised by a single mother. Its hard out here. Man it may seem that violence was just always around me. I try to avoid so much to my best ability. Many people look at us black males as a danger to the streets. Tha's the last thing to be labeled as. I have 2 sisters, one that just brung my first nephew. They all need their big brother/protector in their life. I'm tired of going through these type of situations that keeps me away from my family members. I also learned that it may not be me, but the crowd Im around. I'm only 24 yrs old, I haven't even lived my life yet. I'm sick of being incarservated. I have also lost 2 of my closest friends to gun violence. I also lost my little cousin at the age of 20…that kinda woke me up. I'm sick of losing everyone.

I hope this letter catchs your eyes and really feel my pain. The lessons I also learned from going through this situation. I promise you I won't let you down at all.

Dear Honorble judge.... Im here writing this letter to tell you about me.. my name is Antoine Rich Jr. Im a very smart an outgoing person. I'm here to tell you that I made alot of mistakes but I have changed alot honestly. I came from a good home and raised by a single mother. Its hard out here man it may seem that vidence was just always around me I try to avoid so much to my best ability many people look at us black males as a danger to the streets. That's the last thing I want to be labeled as. I have 2 sisters one that just brung my first nephew they all need their big brother/protector in their life. Im tired of going through these type of situations that keeps me away from my family members, I also learned that it may not be me, but the crowd Im around. Im only 24yrs old I havent even lived my life yet Im sick of being incarserated I have also lost 2 of my choseses friends to gun violence. I also lost my little cousin at the age of 20 that kinda woke me up Im sick of it losing everyone

I hope this letter catchs your eyes and really feel my pain the lessons I also learned from going through this situation I promise you I won't let you down at all